# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02355-SSS-DTBx | Date | February 13, 2025 |
|---|---|---|---|
| Title | Michael Harris v. Sergio Hinojosa, et al. | | |

**Present: The Honorable** SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

Generally, each Defendant must answer or otherwise respond to the complaint within 21 days after service (60 days if the Defendant is the United States). Fed. R. Civ. Proc. 12(a)(1).

In the present case, it appears that Plaintiff served the summons and complaint on one or more Defendants more than 21 days ago (60 days if the Defendant is the United States), but such Defendant(s) did not file an answer or otherwise respond to the complaint. Accordingly, the Court, on its own motion, hereby orders Plaintiff to show cause in writing on or before **February 27, 2025**, why this action should not be dismissed, with respect to each Defendant who has not filed an answer or otherwise responded to the complaint. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. This Order to Show Cause will be discharged if Plaintiff files, before the deadline set forth above, a request for the entry of default with respect to the applicable Defendant(s).
Fed. R. Civ. Proc. 55(a).

**IT IS SO ORDERED.**